## 29347.   SUITS *v.* THE STATE.

DECIDED JANUARY 30, 1942.

*Kelly & Hicks,* for plaintiff in error.
*H. L. Lanham, solicitor-general,* contra.

GARDNER, J.   The State's witness, an agent of the State Revenue Department, testified as follows:  "On the first day of November, 1940,  . .  I saw Wesley Suits and I bought some whisky from him.   About 12:05 p. m. I drove up to Bagley's store and Wesley Suits came out to the car, and I asked him if there was anybody there who could sell me a pint of whisky, and he said, 'Yes,' [that] he could wait on me; and I asked him what kind he had and he said he had Paul Jones and American Rye.   And I said that would be all right, that I would take a pint of American Rye, and he stepped over to a Chevrolet coupé that was parked at the corner of the store  . .  and he reached in the coupé and brought me a pint of whisky to me in the car, and I gave him a dollar and

a quarter for the whisky; and he made the remark that it was better than the usual whisky because it was four years old. . . The whisky had a stamp on it." Another State's witness testified: "The contents of the bottle looked like whisky, but I did not taste it; but it did have a State revenue stamp on it. . . I can not positively say it was whisky, because I neither smelled it nor tasted it." The defendant stated: "I only know . . I never seen him [the revenue agent] until he came over there with Mr. Russell, and that's the first time I ever seen him. I never sold him any whisky."

Under the principle announced in the headnote and supported by the cases therein cited the assignments of error under the general grounds are without merit.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*